AUG - 3 2010

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY "SINGING HORSE" STEVENS, ) | 3:09-CV-227-RCJ(RAM) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| HOWARD SKOLNIK, *et al.*, ) | |
| Defendants. ) | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#60) ("Recommendation") entered on May 19, 2010. This action was referred to U.S. Magistrate Robert A. McQuaid, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. After a thorough review, the Magistrate Judge recommends that this Court enter an order granting Defendants' Motion to Dismiss (#26). On July 8, 2010, Plaintiff has filed a Non-opposition to Magistrate Judge's Report and Recommendation (#64).

## I. DISCUSSION

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

"require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. See United States v. Reyna-Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court may accept the recommendation without review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

In this case, plaintiff has filed a non-opposition to the Magistrate Judge's Report and Recommendation. Although no objection was filed, this Court has reviewed the Report and Recommendation (#60), and accepts it. Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#26 ) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims arising prior to April 29, 2007 are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's claims brought pursuant to 28 U.S.C. § 994 are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: This 3 day of August, 2010.

Robert C. Jones
UNITED STATES DISTRICT JUDGE