AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

COUNTRY "SINGING HORSE" STEVENS,

    Plaintiff,

V.

HOWARD SKOLNIK, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:09-CV-00227-RCJ-RAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' [26] Motion to Dismiss is GRANTED. FURTHER ORDERED that plaintiff's claims arising prior to 04/29/2007 are DISMISSED with prejudice. FURTHER ORDERED that plaintiff's claims brought pursuant to 28:994 are DISMISSED with prejudice.

| August 5, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |