UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| COUNTRY STEVENS, | CASE NO.  3:09-CV-0227-RCJ-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: OCTOBER 13, 2010 |
| HOWARD SKOLNIK, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>
Deputy Clerk: <u>JENNIFER COTTER</u>      Reporter: <u>FTR: 10:31:42 a.m. - 10:38:25 a.m.</u>
Counsel for Plaintiff(s): <u>COUNTRY STEVENS, In Pro Per (telephonically)</u>
Counsel for Defendant(s): <u>ELIZABETH HICKMAN</u>

PROCEEDINGS: **MOTION HEARING**

10:31 a.m. Court convenes.

The Court addresses each of the subject motions.

**Motion for Additional Photo Copy Funds (Docket #78) and Motion for Settlement Conference (Docket #80)**

IT IS ORDERED that the Motion for Settlement Conference (#80) is GRANTED.  A settlement conference is scheduled for **Wednesday, November 10, 2010 at 9:00 a.m.**  A written order detailing the arrangements will follow.  Given this ruling, IT IS FURTHER ORDERED that the Motion for Photo Copy Funds (#78) is HELD IN ABEYANCE.  If the settlement conference is unsuccessful, the Court will address this motion at that time.

**Motion to Allow Next Friend Representation (Docket #83) and Motion to Amend (Docket #84)**

IT IS ORDERED that the Motion to Allow Next Friend Representation (#83) and Motion to Amend (#84) are DENIED.  Plaintiff is encouraged to review the applicable A.R., which outlines an avenue allowing another inmate's assistance.

10:38 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk