## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY 'SINGING HORSE' STEVENS, | ) ) ) | 3:09-cv-227-RCJ (RAM) |
| Plaintiff, | ) ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) ) | December 14, 2010 |
| HOWARD SKOLNIK, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Revisit Motion for Extend Copywork and Request for Hearing (Doc. #92).  Defendants have responded with a Notice of Partial Non-Opposition to Plaintiff's Renewed Motion for Additional Photocopy Funds (Doc. #93).  The court does not believe a hearing is necessary.

Plaintiff's Motion to Extend Copywork (Doc. #78) is **GRANTED**.  Plaintiff shall be given fifty-five dollars ($55.00) toward his copy work fund.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
                    Deputy Clerk