

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY 'SINGING HORSE' STEVENS, | 3:09-cv-227-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 28, 2010 |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Extend Discovery Deadline (Second Request) (Doc. #96). Good cause appearing,

Defendants' Motion to Extend Discovery Deadline (Second Request) (Doc. #96) is **GRANTED**. The last day to complete discovery is extended to and including **April 20, 2011**. All other deadlines are extended accordingly.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk