# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:09-cv-227-RCJ (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 3, 2011 |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for an Extension of Time to File Reply in Support of 12(b) Motion to Dismiss, or in the Alternative, Motion to Strike Plaintiff's Opposition (Doc. #112).

Defendants' Motion for an Extension of Time to File Reply in Support of 12(b) Motion to Dismiss, or in the Alternative, Motion to Strike Plaintiff's Opposition (Doc. #112) is **GRANTED** to the extent that Defendants shall have to and including **June 3, 2011**, in which to file their Reply in Support of 12(b) Motion to Dismiss.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:           /s/           
       Deputy Clerk