**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:09-cv-227-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 8, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Stay Briefing Schedule on Plaintiff's Motion for Summary Judgment (Doc. #118).

Defendants' Motion to Stay Briefing Schedule on Plaintiff's Motion for Summary Judgment (Doc. #118) is **GRANTED**.  The briefing schedule on Plaintiff's Motion for Summary Judgment (Doc. #111) is **STAYED** thirty (30) days following the court's adoption or denial of the Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss (Doc. #104).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
          Deputy Clerk