UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY STEVENS, | 3:09-cv-00227-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 7, 2012 |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    <u>JENNIFER COTTER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is plaintiff's motion for enlargement of prison copy work (Doc. #127). Therein plaintiff that his prison copy work be extended to $25.00 "to see this case to its end or in the alternative by $6.00 six dollars for the present response due" to defendant's opposition to the magistrate's recommendation.  Defendants have filed a partial non opposition (Doc. #128) to plaintiff's motion, wherein they do not oppose the request for a $6.00 copy work debt extension to plaintiff.

     Good cause appearing, the plaintiff's motion (Doc. #127) is **GRANTED**.   Plaintiff shall be allowed a $6.00 copy work extension.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
      Deputy Clerk
