**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COUNTRY STEVENS, | 3:09-cv-00227-RCJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| HOWARD SKOLNIK, et. al. | |
| Defendants. | |

Before the court is Defendants' Motion to Strike Plaintiff's Response to Defendants' Reply in Support of Summary Judgment. (Doc. # 147.)[1]

Defendants filed their motion for summary judgment on June 26, 2013. (Doc. # 138.) Plaintiff filed a response. (*See* Docs. # 142 (affidavit), # 143 (brief in opposition).) Defendants subsequently filed their reply brief. (Doc. # 145.) At that point, the motion was considered fully briefed. Plaintiff subsequently filed a response to Defendants' reply. (Doc. # 146.)

Local Rule 7-2 contemplates the filing of a motion, opposition and reply briefs, but not a sur-reply, as Plaintiff has filed here. Plaintiff did not seek leave of court to file his sur-reply.

The court has reviewed the sur-reply, and the document itself provides no good cause justifying leave to file an additional brief. Instead, Plaintiff reiterates the arguments he asserted

---
[1] Refers to court's docket number.

1

in his opposition brief with some elaboration. There is no argument asserted in Defendants' reply brief that Plaintiff could not have originally addressed in his opposition brief.

      Accordingly, Defendants' motion to strike the sur-reply (Doc. # 147) is **GRANTED** and the Clerk shall **STRIKE** Plaintiff's sur-reply (Doc. # 146).

**IT IS SO ORDERED**.

DATED:  February 3, 2014.

_____
**WILLIAM G. COBB**
**UNITED STATES MAGISTRATE JUDGE**