1

2

3

4

5

6                                    **UNITED STATES DISTRICT COURT**
                                        **DISTRICT OF NEVADA**
7

8   COUNTRY STEVENS,                            )   3:09-cv-00227-RCJ-WGC
                                                )
9                         Plaintiff,            )   **ORDER**
                                                )
10  vs.                                          )
                                                )
11                                               )
    HOWARD SKOLNIK, et. al.                      )
12                                               )
                                                )
13                        Defendants.            )
                                                )
14  _____              )

15

16          Before the court is Defendants' Motion to Strike Plaintiff's Response to Defendants'

17  Reply in Support of Summary Judgment. (Doc. # 147.)[1]

18          Defendants filed their motion for summary judgment on June 26, 2013. (Doc. # 138.)

19  Plaintiff filed a response. (*See* Docs. # 142 (affidavit), # 143 (brief in opposition).) Defendants

20  subsequently filed their reply brief. (Doc. # 145.) At that point, the motion was considered fully

21  briefed. Plaintiff subsequently filed a response to Defendants' reply. (Doc. # 146.)
22
            Local Rule 7-2 contemplates the filing of a motion, opposition and reply briefs, but not a
23
    sur-reply, as Plaintiff has filed here. Plaintiff did not seek leave of court to file his sur-reply.
24
            The court has reviewed the sur-reply, and the document itself provides no good cause
25

26  justifying leave to file an additional brief. Instead, Plaintiff reiterates the arguments he asserted

27

28          _____
            [1]Refers to court's docket number.


                                                    1

1  in his opposition brief with some elaboration. There is no argument asserted in Defendants' reply

2  brief that Plaintiff could not have originally addressed in his opposition brief.

3       Accordingly, Defendants' motion to strike the sur-reply (Doc. # 147) is **<u>GRANTED</u>** and

4  the Clerk shall **<u>STRIKE</u>** Plaintiff's sur-reply (Doc. # 146).

5

6  **IT IS SO ORDERED**.

7  DATED:  February 3, 2014.

8

9

10

_William G. Cobb_

**WILLIAM G. COBB**
**UNITED STATES MAGISTRATE JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2