UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY STEVENS,<br><br>       Plaintiff,<br><br>  v.<br><br>HOWARD SKOLNIK, *et al.,*<br><br>       Defendants. | CASE NO.: 3:09-CV-00227-RCJ-WGC<br><br>**ORDER** |

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#151[1]) entered on February 3, 2014, recommending that the Court grant the Defendants' Motion for Summary Judgment (#138). Plaintiff filed his Objections to the Report and Recommendation (#154) on April 17, 2014.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#151) entered on February 3, 2014, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#151) is ADOPTED AND ACCEPTED.

    IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#138) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

    IT IS SO ORDERED.

    DATED: this 9th day of June, 2014.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.